Charles Lafferty Jr. #~~1082009~~
Name

PO Box 1989, Ely, NV 89301
Address

1082009
Prison Number

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Charles Lafferty Jr., )
                    Plaintiff, )
                              )
                              )
vs.                           )   CASE NO. __ 3:16-cv-00279
                              )   (To be su
Warden Brian Williams         )
                              )
S/C.O. D. Roberson ,          )   CIVIL RIGHTS COMPLAINT
                              )   PURSUANT TO
C.O. Santos ,                 )   42 U.S.C. § 1983
                              )
Sgt. Glenn Fauler ,           )   ~~Demanding Jury Trial~~
                              )
Nurse John ,                  )
            Defendant(s).     )

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Charles Lafferty Jr.**
                                                          (print Plaintiff's name)

who presently resides at **Ely State Prison** , were
                        (mailing address or place of confinement)

violated by the actions of the below named individuals which were directed against

Plaintiff at **Southern Desert Correctional Center** on the following dates
           (institution/city where violation occurred)

**2-9-2016** , **2-9-2016** , and _____ .
(Count I)      (Count II)              (Count III)

§1983-Form
eff. 1/97

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants**

2)   Defendant __Bryan Williams__ resides at __20825 Cold Creek Rd. Indian Springs NV 89070__
   (full name of first defendant)        (address of first defendant)

and is employed as __Warden of SDCC__ . This defendant is sued in his/her
   (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: __Failed to assemble a use of force review__
__panel as dictated by A.R 405 to determine if force used was appropriate__

3)   Defendant __D. Roberson__ resides at __20825 Cold Creek Rd Indian Springs NV 89070__
   (full name of first defendant)        (address of first defendant)

and is employed as __Senior C.O. at SDCC__ . This defendant is sued in his/her
   (defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: __Defendant used an excessive__
__as well as unnecessary amount of force__

4)   Defendant __Santos__ resides at __20825 Cold Creek Rd Indian Springs NV 89070__
   (full name of first defendant)        (address of first defendant)

and is employed as __Correctional Officer, SDCC__ . This defendant is sued in his/her
   (defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: __Defendant did not follow proper protocol__
__regarding the use of chemical agents, spraying me while I posed no threat__

5)   Defendant __Glenn Fowler__ resides at __20825 Cold Creek Rd Indian Springs NV 89070__
   (full name of first defendant)        (address of first defendant)

and is employed as __Sergeant at SDCC__ . This defendant is sued in his/her
   (defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: __Defendant used an excessive as well__
__as malicious force on me multiple times.__

6) Defendant _Nurse John_ resides at _20825 Cold Creek Rd, Indian Springs NV 89070_
       (full name of first defendant)      (address of first defendant)

and is employed as _Medical staff on duty_. This defendant is sued in his/her
       (defendant's position and title, if any)

✓ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting under color of law: _An unusual occurence form was not filled out and I was not medically evaluated as required._

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish
   to assert jurisdiction under different or additional statutes, list them below.

   _____

   _____

   ------------------------------------------------

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

Under the eighth amendment my rights protecting
me from cruel and unusual punishment by excessive
use of force was violated. Defendants Glenn Fawler, D.
Roberson and Santos had a direct hand in these
violations. Defendant Glenn Fawler beat me severely while Defendant
D. Roberson held me. Defendant Santos, without warning sprayed me with a chemical
agent while I posed a threat no longer. My rights under the
eighth amendment protecting me from cruel and unusual punishment by a
refusal of medical treatment was violated directly by defendant Nurse John
(medical staff on duty) when they refused to exam me as is required after both
a use of chemical agents and a use of force. Defendant Brian Williams refused to
assemble the required panel whos job it would of been to determine if the force was appropriate

------------------------------------------------

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: My right protecting me against cruel and unusual punishment by an excessive use of force under the Eighth amendment

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendant S/co D. Roberson and Trainee Dacken held me on the ground completely immobile while defendant Sgt. Glenn Fowler repeatedly struck me in the head with a closed fist upwards of fifteen times. Then after I was fully restrained and laying supine, face down on the ground Defendant C.O. Santos sprayed me in the face with chemical agents. This was done on the part of my face that had been previously abraided by Defendant Sgt. Glenn Fowler's attack. Also chemical agents were used without warning and without me posing a threat as I was fully restrained and had no opportunity to comply with any order given. Also for this violation I was carried from the scene of the incident in the cruelest of fashions. Defendant S/co D. Roberson carried me by the chain on my shackles while Defendant Sgt. Glenn Fowler carried me by my hair. Lastly defendant Warden Brian Williams did not assemble a "use of force review panel" as dictated by NDOC policy to determine the appropriateness of force used. (continued, pg 9)

§1983-Form
eff. 1/97

4

**COUNT II**

The following civil right has been violated: My right protecting me from cruel and unusual punishment by a refusal of medical treatment as stated under the Eighth Amendment

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendant nurse John did not evaluate me after force was used on me or after chemical agents were used on me. Pictures indicate that my head was severly swollen, therefore I very easily may have been concused. I believe this refusal of medical treatment could of easily put my life in danger. I have also had a dramaticly altered sleeping pattern since the day of this event. I find myself only able to stay awake about eight hours in a day. The correctional officers on duty not only have a duty to honor a protocol that staties I needed to be medically evaluated, but I was also on camera yelling "I can't breathe." The only response was the officer holding the camera saying "If you can talk you can breathe". This man had no medical training and it shows a disregard for my well being. The way my respiration was affected coupled with someone sitting on my back made it so I could not breathe, I was choking on my own mucus, but no one cared. An example of ultimate cruelty fueled by evil cameraderie.

## COUNT III

The following civil right has been violated: _____

_____

_____.

    Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-----------------------------------------------

§1983-Form
eff. 1/97

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?   ___Yes   ✓ No.   If your answer is "Yes", describe each lawsuit.
(If more than one, describe the others on an additional page following the below outline).

   a)   Defendants: _____

   b)   Name of court and docket number: _____

   c)   Disposition (for example, was the case dismissed, appealed or is it still pending?):

   _____

   d)   Issues raised: _____

   _____

   _____

   e)   Approximate date it was filed: _____

   f)   Approximate date of disposition: _____


2)   Have you filed an action in federal court that was **dismissed because it was determined to**

   **be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

   ___Yes   ✓ No.   If your answer is "Yes", describe each lawsuit. (If you have had more than

   three  actions dismissed based on the above reasons,  describe the others on an additional

   page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a)   Defendants: _____.

   b)   Name of court and case number: _____.

   c)   The case was dismissed because it was found to be  (check one):  ___ frivolous
         ___ malicious  or  ___ failed to state a claim upon which relief could be granted.

   d)   Issues raised: _____

   _____

   e)   Approximate date it was filed: _____

   f)   Approximate date of disposition: _____


   Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

   a)   Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be  (check one):  ____ frivolous
    ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____
    _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be  (check one):  ____ frivolous
    ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____
    _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the
    proper administrative officials, e.g., have you exhausted available administrative grievance
    procedures? __✓__ Yes  ____ No.  If your answer is "No", did you not attempt administrative
    relief because the dispute involved the validity of a:  (1) ___ disciplinary hearing; (2) ____
    state or federal court decision;  (3) ___ state or federal law or regulation;  (4)  ___ parole
    board decision;  or  (5) ____ other _____.

    If your answer is "Yes", provide the following information. Grievance Number _____

    Date and institution where grievance was filed 2-16-2016, 4-4-2016 ‡ 5-20-2016

    Response to grievance: Time frames for both my informal grievance and
    my first level grievance are both expired and I have recieved a response
    on neither. NDOC regulations do not allow a filing on the second level
    without a response on the first, thus barring my completion of this process.

    ------------------------------------------------

### E.  REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

I request monetary damages be paid, both compensatory and punitive. I request twenty-five thousand U.S. Dollars in punitive damages per defendant be paid. I also request seventy-five thousand U.S. Dollars be awarded me in compensatory damages. This along with the payment of my filing fees, as well as any other compensation this court sees as viable.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of person who prepared or helped
prepare this complaint if not Plaintiff )

_____
(Signature of Plaintiff)

_____
(Date)

-------------------------------------------
(Additional space if needed; identify what is being continued)

(continued from section C, count 1, page 4)

Thus far I have an exhibit that proves I was fully restrained at the use of chemical agents. The same exhibit fails to mention that I was warned the chemicals were going to be used as protocols set forth by A.R. 406 and subsequently ACA standards dictate should be done. Also I have proof that is currently unavailable to me as of yet but will vindicate every aspect of my claim at the time of discovery.