UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| CHARLES LAFFERTY, JR., ) | |
| ) | CASE NO.: 3:16-CV-00279-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| BRIAN WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 24) entered on December 7, 2017, in which the Magistrate Judge recommends the Court deny Defendant's Motion for Summary Judgment (ECF No. 13). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 24).

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED.

IT IS SO ORDERED this 9TH day of March, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE