UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| CHARLES LAFFERTY, JR., | ) | 3:16-cv-00279-RCJ-WGC |
|---|---|---|
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 30, 2019 |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has been advised that the Plaintiff may be residing at the Lyon County Detention Facility.

Plaintiff is advised that pursuant to LR IA 3-1, he must immediately file with the court written notification of any change of address. Failure to comply with this rule may result in dismissal of this action with prejudice.

**IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff (c/o Lyon County Detention Facility, 911 Harvey Way, Yerington, NV 89447) copies of the following documents:

1. Defendants' Motion for Summary Judgment (ECF No. 41);
2. Defendants' Errata to Motion for Summary Judgment (ECF No. 46); and
3. Order to Show Cause (ECF No. 49).

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **Friday, May 24, 2019**, in which to respond to the Order to Show Cause (ECF No. 49).

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk