UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al*,<br>    Defendants. | Case No.: 3:16-CV-00279-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 68) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 68[1]) entered on October 24, 2019, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 63). On November 04, 2019, Plaintiff filed an Objection to Magistrate Judge's Report (ECF No. 69); and November 18, 2019, the Defendants filed Objections to Magistrate Judges Report and Recommendation (ECF No. 70).

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report

---

[1] Refers to Court's docket number.

1

and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 68), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 63) is GRANTED.

**IT IS FURTHER ORDERED** that the clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 26th day of December, 2019.

_____
ROBERT C. JONES
Senior District Judge