AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Glenn Fowler, Dale Roberson*
*and Isaiah Santos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Defendants. | Case No. 3:16-cv-00279-RCJ-WGC <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT** <br> **(FIRST REQUEST)** |

Defendants Glenn Fowler, Dale Roberson, and Isaiah Santos, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Katlyn M. Brady, Senior Deputy Attorney General, request this Court grant a 10 day extension of time to submit a joint status report.

On June 25, 2021, this Court set a status check for August 25, 2021. ECF No. 80. In addition, the Court ordered the parties to submit a joint status report, which includes three mutually agreed upon dates for the forthcoming trial. *Id.*

To date, Plaintiff has not contacted the Office of the Nevada Attorney General (OAG) to provide trial dates. In addition, counsel was only recently assigned to this matter as prior counsel is no longer employed with the OAG. Accordingly, Defendants request this Court extend the deadline **from August 9, 2021 to August 19, 2021**. This will allow counsel to

arrange a telephonic meet and confer to discuss trial dates or a potential settlement conference.[1]

DATED this 9th day of August, 2021.

>AARON D. FORD
>Attorney General
>
>By: /s/ Katlyn M. Brady
>KATLYN M. BRADY, Bar No. 14173
>Senior Deputy Attorney General
>
>*Attorneys for Defendants*
>*Glenn Fowler, Dale Roberson*
>*and Isaiah Santos*

ORDER

IT IS HEREBY ORDERED that the parties shall submit a Joint Status Report on or before August 19, 2021.

IT IS FURTHER ORDERED that no further extensions shall be granted.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

DATED: August 11, 2021.

---

[1] As this matter is proceeding to trial following a remand from the Ninth Circuit, the Court has not referred this matter for a settlement conference.