**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Defendants. | 3:16-cv-00279-RCJ-CSD <br><br> **ORDER** |

Before the court is Plaintiff's Notice regarding "Settlement Agreement Discrepancies" (ECF No. 94).

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's Notice (ECF No. 94) on or before **Wednesday, April 6, 2022**.

**IT IS FURTHER ORDERED** that Defendants shall include language in the Settlement Agreement that Plaintiff may use the funds to purchase the items he requested.

DATED: March 29, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**