**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Defendants. | 3:16-cv-00279-RCJ-CSD <br><br> **ORDER** |

On March 9, 2022, a Settlement Conference was conducted in this matter. (ECF No. 24.) The parties reached a settlement, and the terms of the settlement were placed on the record. The stipulation and proposed order for dismissal was to be submitted no later than Friday, April 8, 2022. No dismissal has been filed with the court.

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before close of business **Friday, April 22, 2022.** If no stipulation is filed, the parties shall submit an explanation outlining the good cause (if any) for the delay.

DATED: April 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1