AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Glenn Fowler,
and Dale Roberson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., | Case No. 3:16-cv-00279-RCJ-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

Plaintiff, Charles Lafferty, Jr., in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 11th day of March, 2022.            DATED this 19th day of April, 2022

                                                AARON D. FORD
                                                Attorney General

/s/ Charles Lafferty                            By: /s/ Douglas R. Rands
CHARLES LAFFERTY, JR.                               DOUGLAS R. RANDS, Bar No. 3572
*Plaintiff*                                         Senior Deputy Attorney General
                                                    *Attorneys for Defendants*

                                                **IT IS SO ORDERED.**


                                                _____
                                                **UNITED STATES DISTRICT JUDGE**
                                                DATED: _____

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 19th day of April, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Charles Lafferty #1082009
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General