# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN WILLIAMS, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-00279-RCJ-CSD <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Charles Lafferty, Jr., in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 11th day of March, 2022.

*/s/ Charles Lafferty*
CHARLES LAFFERTY, JR.
*Plaintiff*

DATED this 19th day of April, 2022

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: April 19, 2022.

1