United States District Court
District of Nevada

Charles Lafferty Jr
v.
Williams et. al.

Case No: 3:16-CV-00279

Request for Copy of Settlement Agreement

I, Charles Lafferty, had my settlement paperwork taken by caseworkers at ESP and have been unable to get it back and now I have moved to High Desert.

Your help would be greatly appreciated

Dated this 6th day of October, 2022

*Charles Lafferty*