# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAMS, et al., <br><br> Defendants. | 3:16-cv-00279-RCJ-CSD <br><br> **ORDER** <br><br> Re: ECF No. 100 |

Before the court is Plaintiff's Request for Copy of Settlement Agreement (ECF No. 100). Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

Plaintiff's Request for Copy of Settlement Agreement (ECF No. 100) is **GRANTED** to extent that the Clerk of the Court is directed to send a copy of the Settlement Agreement (ECF No. 96-2) to the Plaintiff.

**IT IS SO ORDERED.**

DATED: October 17, 2022.

_____
UNITED STATES MAGISTRATE JUDGE