UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAMS, et al., <br><br> Defendants. | 3:16-cv-00279-ART-CSD <br><br> **ORDER** <br><br> Re: ECF No. 109 |

Before the court is Plaintiff's Request for Copies of Court Minutes and Document. (ECF No. 109.) Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

Plaintiff's Request for Copies of Court Minutes and Document (ECF No. 109) is **GRANTED** to extent that the Clerk of the Court is directed to send a copy of Minutes of the Settlement Conference held on March 9, 2022 (ECF No. 92) and a copy of the Settlement Agreement (ECF No. 96-2) to the Plaintiff.

**IT IS SO ORDERED.**

DATED: July 22, 2025.

_____
Craig S. Denney
United States Magistrate Judge